AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEDRO RAMIREZ-TOMAS<br>a/k/a Roberto Salas-Argueta | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 8:04-CR-233-T-24EAJ<br><br>USM Number: 85799-008<br><br>Maria Guzman, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions One and Two of the terms of supervision. See below.

1.  New Criminal Conduct, Illegal Re-Entry,   September 14, 2006
    Occurring While on Supervision in Violation
    Of the Conditions of Supervision

2.  Failure to Obtain the Express Permission of   September 14, 2006
    The United States Department of Homeland
    Security or the Appropriate Authority to Re-Enter
    The United States in Violation of the Special Condition
    Of Supervision

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: April 13th, 2007

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date _____April 13th, 2007_____

DEFENDANT:  PEDRO RAMIREZ-TOMAS  Judgment - Page  2  of  2
CASE NUMBER:  8:04-CR-233-T-24EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *TEN (10) MONTHS to run CONSECUTIVE to the sentence imposed in Docket Number 07-03086M-001, District of Arizona, Phoenix.*

__X__   The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant serve term of imprisonment at FCI Phoenix, Arizona.

__X__   The defendant is remanded to the custody of the United States Marshal.

_____   The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m.   on _____.

    ___ as notified by the United States Marshal.

_____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL